**Order filed April 18, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00014-CV
_____

### LONE STAR TRANSMISSION, LLC, Appellant

### V.

### WILKS RANCH TEXAS, LTD., Appellee

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause No. CV1242569**

### O R D E R

Lone Star Transmission, LLC, the appellant in this cause, has filed in this court an unopposed motion to abate the appeal for sixty days. In the motion, Lone Star states that abatement is sought "to facilitate ongoing discussions between the parties regarding a potential settlement" and to serve judicial economy. Lone Star also states that the motion is not opposed.

The motion is granted, and the appeal is abated.

PER CURIAM

April 18, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.